IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ULYSSES DAVIS**                                                                                                    **PLAINTIFF**

v.                              **CASE NO. 4:21-cv-942-JM**

**SANTANDER CONSUMER USA INC.**
**D/B/A CHRYSLER CAPITAL**                                                                              **DEFENDANT**

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

**THIS DAY** this cause came on before the Court on the *ore tenus* Motion of the Plaintiff Ulysses Davis, and Defendant Santander Consumer USA Inc. d/b/a Chrysler Capital, with the parties appearing by and through their counsel of record, and now jointly moving to dismiss this case with prejudice, the Court being fully advised hereby dismisses this case.

**IT IS THEREFORE ORDERED AND ADJUDGED** that Defendant Santander Consumer USA Inc. d/b/a Chrysler Capital is hereby fully and finally discharged of any and all claims that were or could have been brought in the instant litigation by Plaintiff Ulysses Davis, and all causes of action pleaded by or available to Plaintiff therein are hereby finally and forever dismissed WITH PREJUDICE with each party separately bearing their respective fees and costs for this action.

SO ORDERED, this the 4th day of November, 2021.

_____
UNITED STATES DISTRICT JUDGE

46579188 v1

**PREPARED BY:**

Christopher D. Meyer (MS Bar# 103467)
BURR & FORMAN LLP
190 E. Capitol Street, Suite M-100
Jackson, MS  39201
Telephone:  (601) 355-3434
Facsimile:   (601) 355-5150
cmeyer@burr.com
*Attorney for Defendant*

**Agreed to and Approved by:**

Ulysses Davis (Pro Se)
1812 Reservoir Road, Apt. 169
Little Rock, AR  72227